UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60581-LEIBOWITZ/AUGUSTIN-BIRCH

**HOWARD COHAN**,

    *Plaintiff*,

v.

**TCEHM II, LLC d/b/a HUEY MAGOO'S CHICKEN TENDERS**,

    *Defendants*.

_____/

## ORDER

On May 14, 2024, the parties notified the Court that the case has settled. [ECF No. 7]. The Court administratively closed the case on May 14, 2024. [ECF No. 8]. Therefore, the Status Conference set for May 29, 2024 is hereby canceled.

**DONE AND ORDERED** in the Southern District of Florida on May 20, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record